MURIEL B. KAPLAN (SBN: 124607)
MICHELE R. STAFFORD (SBN: 172509)
SALTZMAN AND JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
Telephone: (415) 882-7900
Facsimile: (415) 882-9287

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN; JOINT BOARD OF TRUSTEES of the NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN; and GENE MASSEY as Trustee; | CASE NO.: C 05-2708 CRB |
| | **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS WELFARE PLAN; JOINT BOARD OF TRUSTEES of the NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS WELFARE PLAN; and DOUGLAS CHRISTOPHER as Trustee; | Date: Friday, November 4, 2005<br>Time: 8:30 a.m.<br>Courtroom: 8<br>Judge: Honorable Charles R. Breyer |
| GLAZIERS INDIVIDUAL ACCOUNT RETIREMENT PLAN; JOINT BOARD OF TRUSTEES of the GLAZIERS INDIVIDUAL ACCOUNT RETIREMENT PLAN; and JAMES GRAHAM as Trustee; | |
| NORTHERN CALIFORNIA DISTRICT COUNCIL 16 APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; JOINT BOARD OF TRUSTEES of the NORTHERN CALIFORNIA DISTRICT COUNCIL 16 APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; and ALFRED SKIP WELTZ as Trustee; | |

| | |
|---|---|
| I.U.P.A.T. UNION AND INDUSTRY NATIONAL PENSION FUND; JOINT BOARD OF TRUSTEES of the I.U.P.A.T. UNION AND INDUSTRY NATIONAL PENSION FUND; and JAMES WILLIAMS and RALPH TRALLO as co-Trustees;<br><br>GLASS AND GLAZING INDUSTRY TRUST FUND; and ALFRED SKIP WELTZ, as Trustee;<br><br>DISTRICT COUNCIL NO. 16, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,<br><br>Plaintiffs,<br><br>v.<br><br>QUALITY GLASS, INC.,<br><br>Defendant | ) |

The parties hereby jointly request that the Case Management Conference scheduled for Friday, November 4, 2005 be continued.

The parties have reached a tentative settlement, therefore there are no "case management" issues that need to be addressed at this time. The plaintiff Board of Trustees is required to vote to approve the settlement. A Board of Trustees meeting is scheduled for Friday, November 11, 2005. The meeting is scheduled in Honolulu, to coincide with the International Foundation of Employee Benefits' annual conference.

The parties request that the Case Management Conference be continued for approximately 60 days, to allow the vote to be taken, and assuming that the settlement is approved, any necessary settlement documents to be prepared, payment to be made and a dismissal to be filed.

Dated: November 2, 2005

SALTZMAN AND JOHNSON LAW CORPORATION

By: ______________________

Michele R. Stafford
Attorneys for Plaintiffs

Nov. 3, 2005