| | |
|---|---|
| 1 | MURIEL B. KAPLAN (SBN: 124607) |
| | MICHELE R. STAFFORD (SBN: 172509) |
| 2 | SALTZMAN AND JOHNSON LAW CORPORATION |
| | 120 Howard Street, Suite 520 |
| 3 | San Francisco, CA 94105 |
| | Telephone:     (415) 882-7900 |
| 4 | Facsimile:     (415) 882-9287 |
| | email@sjlawcorp.com |
| 5 | |
| | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA GLAZIERS,             ) CASE NO.: C 05-2708 CRB
ARCHITECTURAL METAL AND GLASS            )
WORKERS PENSION PLAN; et al.;             )
                                          ) **STIPULATION FOR DISMISSAL**
                  Plaintiffs,             )
                                          )
v.                                        )
                                          )
QUALITY GLASS, INC.,                      )
                                          )
                  Defendant.              )

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP Section 41(a)(1).

Dated: September 5, 2006                SALTZMAN AND JOHNSON
                                        LAW CORPORATION


                                        By:            /s/
                                           Michele R. Stafford
                                           Attorneys for Plaintiffs


Dated: September 5, 2006                HOPKINS & CARLEY LAW
                                        CORPORATION


                                        By:            /s/
                                           David W. Lively

September 6, 2006

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**STIPULATION FOR DISMISSAL**
**Case No.: C 05-2708 CRB**

1